IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-CR-30052 |
| ) | |
| CRAIG C. HOWELL, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

This matter appears before the Court for a Report and Recommendation on Defendant Craig. C. Howell's Motion to Dismiss Indictment (d/e 13) (Motion). For the reasons set forth below, the Motion should be DENIED.

On July 10, 2013, a grand jury indicted Howell on a single charge of failing to register and to update his registration as a sex offender after he travelled in interstate commerce from the State of Arizona to the State of Illinois, in violation of the Sex Offender Registration and Notification Act (SORNA), 18 U.S.C. § 2250(a). Indictment (d/e 1). The indictment alleges that Howell was convicted of a felony of aggravated criminal sexual abuse in Illinois. He then subsequently left the State of Arizona and travelled in

interstate commerce to State of Illinois and failed to register and to update a registration as a sex offender.  Id.

Howell moves to dismiss the Indictment on the grounds that SORNA is unconstitutional because:  (1) SORNA is an unconstitutional delegation of legislative authority to the executive branch; and (2) Congress has no authority to regulate purely intrastate activity of failing to register as a sex offender.  Howell makes this motion to preserve these arguments on appeal.  He acknowledges that the United States Court of Appeals for the Seventh Circuit Court has already considered these arguments and rejected them.  Motion, at 2, 4 (citing United States v. Goodwin, 717 F.3d 511, 513, 515-17 (7th Cir. 2013); United States v. Vasquez, 611 F.3d 325, 329-31 (7th Cir. 2010)).  This Court must follow the Seventh Circuit's decisions in Goodwin and Vasquez.  Therefore, the Motion should be denied.

WHEREFORE Defendant Craig C. Howell's Motion to Dismiss Indictment (d/e 13) should be DENIED.

The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after service of an ECF copy of this Report and Recommendation.  28 U.S.C. § 636(b)(1).  Failure to file a timely objection

will constitute a waiver of objections on appeal.  See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).

ENTER:  October 1, 2013

*s/ Byron G. Cudmore*
UNITED STATES MAGISTRATE JUDGE
