IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 13-30052 |
| | ) | |
| CRAIG C. HOWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

Pending before the Court is the Motion of Defendant Craig C. Howell to Dismiss the Indictment [d/e 13]. Pending also is the Report and Recommendation [d/e 16], wherein United States Magistrate Judge Byron G. Cudmore recommended that Defendant's Motion to Dismiss be Denied. The Defendant has filed timely Objections to the Report and Recommendation.

A single-count Indictment charges Defendant Craig C. Howell with failing to register and update his registration as a sex offender after traveling in interstate commerce from the State of Arizona to the State of Illinois, in

violation of the Sex Offender Registration and Notification Act (SORNA), 18 U.S.C. § 2250(a).

The Defendant moved to dismiss the Indictment on the grounds that SORNA is unconstitutional because: (1) it is an unconstitutional delegation of legislative authority to the executive branch; and (2) Congress lacks the authority to regulate the purely intrastate activity of failing to register as a sex offender. The Defendant has acknowledged that the United States Court of Appeals for the Seventh Circuit has rejected these arguments, but wishes to preserve the issues for further review.

_Ergo_, the Court hereby ADOPTS the Report and Recommendation [d/e 16] filed by United States Magistrate Judge Byron G. Cudmore and DENIES the Motion to Dismiss Indictment [d/e 13] filed by Defendant Craig C. Howell.

ENTER: October 4, 2013

FOR THE COURT:

_s/Richard Mills_
Richard Mills
United States District Judge